FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 11 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:17CR 00208 BSM |
| vs. | ) | |
| | ) | |
| LARRY D. TUCKER | ) | Title 18, U.S.C. § 922(g)(1) |
| | ) | Title 18, U.S.C. § 3013 |
| | ) | Title 18, U.S.C. § 3571 |
| | ) | Title 18, U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   Prior to July 9, 2016, in the Eastern District of Arkansas, the defendant,

LARRY D. TUCKER,

had previously been convicted of the following crime:

> Felon in Possession of a Firearm, in Case Number CR 05-1053, in the Circuit Court of Crittenden County, Arkansas, on or about July 3, 2006.

B.   The crime set forth above in Paragraph A was punishable by a term of imprisonment exceeding one year.

C.   On or about July 9, 2016, in the Eastern District of Arkansas, the defendant,

LARRY D. TUCKER,

did knowingly possess in and affecting commerce, a firearm, namely: a Taurus, model PT809, 9x19mm semi-automatic pistol, bearing serial number TEU01600.

All in violation of Title 18, United States Code, Section 922(g)(1).